# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REVIERE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. PHILLIPS, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00483-AWI-DLB PC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE**<br><br>ECF No. 27 |

Good cause appearing, Defendants request to conduct Plaintiff's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available

IT IS SO ORDERED.

　　Dated: __**January 30, 2013**__　　　　　　　　__/s/ Dennis L. Beck__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1