# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REVIERE,<br><br>        Plaintiff,<br><br>  v.<br><br>M. PHILLIPS, et al.,<br><br>        Defendants. | Case No. 1:11-cv-00483 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br>(Document 35)<br><br>Dispositive Motions: September 15, 2013 |

       Plaintiff Raymond Reviere ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Second Amended Complaint for claims of (1) use of excessive force in violation of the Eighth Amendment against Defendants Herrera and Matus; and (2) violation of the Eighth Amendment based on Plaintiff's conditions of confinement against Defendants Phillips, Herrera and Matus.

       On June 20, 2012, the Court issued a Discovery and Scheduling Order setting the dispositive motion deadline for April 29, 2013.

       On April 22, 2013, Defendants filed a Motion to Modify the Scheduling Order. Plaintiff did not oppose the motion.

**DISCUSSION**

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4). "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." Id.

Here, Defendants seek an extension of the April 29, 2013, dispositive motion deadline because (1) Plaintiff had various motions pending before the Court at the time of the motion; and (2) deadlines were pending in two other actions.

At this time, the Court has denied Plaintiff's Motion for Leave to File a Third Amended Complaint and his Motion to Compel. No further questions exist as to the state of the pleadings. However, because the motions were pending at the time Defendants filed this motion, the motion is GRANTED.

The Court extends the dispositive motion deadline to **September 15, 2013**.

IT IS SO ORDERED.

Dated:  **August 8, 2013**            /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE

2