# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND REVIERE,<br><br>    Plaintiff,<br><br>  v.<br><br>M. PHILLIPS, et al.,<br><br>    Defendants. | Case No. 1:11-cv-00483 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR BLANK SUBPOENA DUCES TECUM<br><br>(Document 36) |

Plaintiff Raymond Reviere ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's Second Amended Complaint for claims of (1) use of excessive force in violation of the Eighth Amendment against Defendants Herrera and Matus; and (2) violation of the Eighth Amendment based on Plaintiff's conditions of confinement against Defendants Phillips, Herrera and Matus.

On June 20, 2012, the Court issued a Discovery and Scheduling Order setting the discovery cut-off date for February 20, 2013. The dispositive motion deadline has been extended to September 15, 2013.

On May 8, 2013, Plaintiff filed a letter with the Court requesting a blank subpoena duces tecum. Defendants did not respond to the request.

    Plaintiff's request must be denied.  First and foremost, the discovery cut-off was February 20, 2013, and Plaintiff's request is therefore untimely.  He has presented no argument related to relief from the deadline.

    Second, the Court will not simply send Plaintiff a blank subpoena duces tecum.  The Court will not grant such a request without a motion setting forth (1) identification, with specificity, of the documents sought and from whom, and (2) a showing that the records are only obtainable through that third party.

    Based on the above, Plaintiff's request is DENIED.

IT IS SO ORDERED.

Dated:   **August 8, 2013**                         /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE